UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DYLAN CAMPBELL,

    Plaintiff,

CASE NO.: 6:20-cv-846-PGB-LHP

vs.

UNIVERSAL CITY
DEVELOPMENT PARTNERS,
LTD. d/b/a VOLCANO BAY,

    Defendant.                    /

## STIPULATION OF DISMISSAL WITH PREJUDICE OF COUNT I OF PLAINTIFF'S COMPLAINT

Plaintiff, Dylan Campbell ("Plaintiff"), and Defendant, Universal City Development Partners, Ltd., d/b/a Volcano Bay ("Universal"), by and through their respective undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, as follows:

1. Plaintiff voluntarily dismisses, with prejudice, Count I of his Complaint for alleged violation of the Florida Civil Rights Act ("FCRA").

2. Plaintiff and Universal each agree to bear his or its own attorneys' fees and costs incurred in connection with Plaintiff's FCRA claim.

3. This Stipulation does not affect Count II of Plaintiff's Complaint for alleged violation under Title III of the Americans with Disabilities Act ("ADA").

DATED this 25th day of June, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew W. Dietz*<br>*(w/permission)*<br>**Matthew W. Dietz, Esq.**<br>Florida Bar No. 0084905<br>**Leigh Markowitz, Esq.**<br>Disability Inclusion and<br>Advocacy Law Clinic<br>Shepard Broad College of Law<br>Nova Southeastern University<br>3305 College Avenue<br>Fort Lauderdale, FL 33314-7796<br>Tel: (954) 931-1951<br>mdietz@nova.edu<br>lmarkowi@nova.edu<br><br>*Attorneys for Plaintiff* | */s/ Michael J. Beaudine*<br>**Michael J. Beaudine, Esq.**<br>Florida Bar No. 0772763<br>beaudine@lathamluna.com<br>Latham, Luna, Eden & Beaudine, LLP<br>201 S. Orange Ave., Suite 1400<br>Orlando, Florida 32801<br>Telephone: (407) 481-5800<br>Facsimile: (407) 481-5801<br><br>- AND -<br><br>**David Raizman, Esq.**<br>California Bar No. 129407<br>(Admitted Pro Hac Vice)<br>david.raizman@ogletree.com<br>400 South Hope St., Suite 1200<br>Los Angeles, California 90071<br>Telephone: 213-239-9800<br>Facsimile: 213-239-9045<br><br>*Attorneys for Defendant Universal City Development Partners, Ltd.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2024, the foregoing was electronically filed via CM/ECF, which will send a notice of electronic filing to all counsel of record.

*/s/ Michael J. Beaudine*
**Michael J. Beaudine, Esq.**