**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DYLAN CAMPBELL,

    Plaintiff,

vs.                                        CASE NO.: 6:20-cv-846-PGB-LHP

UNIVERSAL CITY
DEVELOPMENT PARTNERS, LTD.
d/b/a VOLCANO BAY,

    Defendant.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**OF COUNT II OF PLAINTIFF'S COMPLAINT**

Plaintiff, Dylan Campbell ("Plaintiff"), and Defendant, Universal City Development Partners, Ltd., d/b/a Volcano Bay ("Universal"), by and through their respective undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, as follows:

1. Plaintiff voluntarily dismisses, without prejudice, Count II of his Complaint for alleged violation of Title III of the Americans with Disabilities Act ("ADA"), the sole remaining claim in this action.

2. Plaintiff and Universal each agree to bear his or its own attorneys' fees and costs incurred in connection with Plaintiff's ADA claim.

3. A stipulation filed pursuant to Rule 41(a)(1)(A)(ii) "is self-executing and dismisses the case upon its becoming effective. The stipulation becomes

effective upon filing … [and] district courts need not and may not take action after the stipulation becomes effective because the stipulation dismisses the case and divests the district court of jurisdiction." <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).

**DATED this 1st day of July, 2024.**

Respectfully submitted,

| | |
|---|---|
| <u>/s/ Matthew W. Dietz</u><br>**Matthew W. Dietz, Esq.**<br>Florida Bar No. 0084905<br>**Leigh Markowitz, Esq.**<br>Disability Inclusion and<br>Advocacy Law Clinic<br>Shepard Broad College of Law<br>Nova Southeastern University<br>3305 College Avenue<br>Fort Lauderdale, FL  33314-7796<br>Tel: (954) 931-1951<br>mdietz@nova.edu<br>lmarkowi@nova.edu<br><br>*Attorneys for Plaintiff* | <u>/s/ Michael J. Beaudine</u><br>*(w/permission)*<br>**Michael J. Beaudine, Esq.**<br>Florida Bar No. 0772763<br>beaudine@lathamluna.com<br>Latham, Luna, Eden & Beaudine, LLP<br>201 S. Orange Ave., Suite 1400<br>Orlando, Florida 32801<br>Telephone:   (407) 481-5800<br>Facsimile:    (407) 481-5801<br><br>- AND -<br><br>**David Raizman, Esq.**<br>California Bar No. 129407<br>(Admitted Pro Hac Vice)<br>david.raizman@ogletree.com<br>400 South Hope St., Suite 1200<br>Los Angeles, California 90071<br>Telephone:   213-239-9800<br>Facsimile:    213-239-9045<br><br>*Attorneys for Defendant Universal City Development Partners, Ltd.* |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 1, 2024, the foregoing was electronically filed via CM/ECF, which will send a notice of electronic filing to all counsel of record.

*/s/ Matthew W. Dietz*
**Matthew W. Dietz**